UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:14-CR-0017-H-3

**UNITED STATES OF AMERICA**

v. **ORDER ON MOTION TO SEAL**

**JOSE MARCELINO PENA-MATA,**
Defendant.

THIS MATTER coming before the Court on defendant's motion to place Docket No. 117 under seal pursuant to the Local Rules of Practice and Procedure of the United States District Court for the Eastern District of North Carolina and the Court finding that good cause exists for allowing said motion enters the following order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendant Pena-Mata's motion to place Docket No. 117 under seal is hereby GRANTED.

This the 2nd day of April, 2015.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE