IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:14-CR-117-3H
NO.: 5:16-CV-901-H

JOSE PENA MATA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

This matter is before the court on petitioner's letter filed November 30, 2017, which this court construes as a motion to reconsider its dismissal of petitioner's § 2255 motion. Finding no basis for such relief, the court denies the motion [DE #183].

This 8th day of January 2018.

                                  Malcolm J. Howard
                                  Senior United States District Judge

At Greenville, NC
#26