IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 5:14-CR-117-3H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE PENA-MATA, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court on petitioner's pro se motion to reduce his sentence pursuant to § 404 the First Step Act of 2018 [DE #194 and #195] as well as defendant's motion to modify sentence [DE #189]. Finding the First Step Act inapplicable to defendant and finding lack of good cause to modify his sentence otherwise, the motions are denied.

This 28th day of January 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26